## Commonwealth ex rel. Bobko, Appellant, *v.* Ceraul.

Submitted December 11, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Francis Bobko,* appellant, in propria persona.

*Lawrence J. Briody,* Assistant District Attorney, and *Andrew L. Herster, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, January 16, 1962:

The order of the Court of Common Pleas of Northampton County is affirmed on the opinion of Judge

CLINTON BUDD PALMER for the court below, reported at 25 Pa. D. & C. 2d 751.